UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>KIRWAN OFFICES S.à R.L.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-22321 (RDD) |
| STEPHEN P. LYNCH,<br><br>Appellant,<br><br>v.<br><br>MASCINI HOLDINGS LIMITED and LAPIDEM LTD.,<br><br>Appellees. | Case No. 17-8200 (RDD) |

## NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff Stephen P. Lynch gives notice of voluntary dismissal of this adversary proceeding under Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated: February 22, 2017

/s/ Richard Levin

Richard Levin
Stephen L. Ascher
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
(212) 891-1600
rlevin@jenner.com
sascher@jenner.com

*Attorneys for Stephen P. Lynch*

113356.1